UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDRENIQUE HOWARD                                     CIVIL ACTION

VERSUS

LOUISIANA WORKFORCE                          NO. 24-00898-BAJ-RLB
COMMISSION, ET AL.

## RULING AND ORDER

Before the Court are Plaintiff's Motions: (1) to Amend the Request for Court
Date of January 15, 2025 to February 21, 2025 Confirmed and Reason Lawsuit Filed
(Doc. 14); (2) to Issue the Summons to Defendants to Have Them Deliver the
Documents Needed to the Plaintiff Due to State and Federal Crime and Tampered
Evidence and Spoliation and Missing Documents (Doc. 15); (3) to Compel Discovery
Evidence of Employee Documents (Doc. 16); and (4) to Request to E-file (Doc. 17).

The Magistrate Judge issued a Report and Recommendation (Doc. 18, the
"Report"), recommending that the Court dismiss Plaintiff's Complaint as frivolous
and for failure to state a claim under 28 U.S.C. § 1915(e). (Doc. 18 at 6). The Report
further recommends that the Court deny Plaintiff's Motions (Doc. 14–Doc. 17) as
moot. There are no objections to the Report.

Having carefully considered the Motions at issue, the underlying Complaint,
and related filings, the Court **APPROVES** the Magistrate Judge's Report and
Recommendation and **ADOPTS** it as the Court's opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's **Complaint (Doc. 1)** is DISMISSED as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e).

IT IS FURTHER ORDERED that Plaintiff's **Motion to Amend the Request for Court Date of January 15, 2025 to February 21, 2025 Confirmed and Reason Lawsuit Filed (Doc. 14)** is DENIED AS MOOT.

IT IS FURTHER ORDERED that Plaintiff's **Motion to Issue the Summons to Defendants to Have Them Deliver the Documents Needed to the Plaintiff Due to State and Federal Crime and Tampered Evidence and Spoliation and Missing Documents (Doc. 15)** is DENIED AS MOOT.

IT IS FURTHER ORDERED that Plaintiff's **Motion to Compel Discovery Evidence of Employee Documents (Doc. 16)** is DENIED AS MOOT.

IT IS FURTHER ORDERED that Plaintiff's **Motion to Request to E-file (Doc. 17)** is DENIED AS MOOT.

Judgment shall be issued separately.

Baton Rouge, Louisiana, this 2nd of May, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**